

803 A.2d 1174

**Steven L. ROMANSKY, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE, Appellee.**

**No. 89 MAP 2002.**

Supreme Court of Pennsylvania.

Aug. 6, 2002.

Steven L. Romansky, Waynesburg, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Pennsylvania Board of Probation and Parole.

## ORDER

PER CURIAM.

**AND NOW,** this 6th day of August, 2002, probable jurisdiction is noted and the order appealed is affirmed.

803 A.2d 1174

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Marvin Harold SHICK, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 7, 2002.

## ORDER

PER CURIAM.

AND NOW, this 7th day of August, 2002, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the